# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 6:22-po-00155- HBK |
| | ) |
| Plaintiff, | ) **DEFENDANT'S STATUS REPORT ON** |
| v. | ) **UNSUPERVISED PROBATION** |
| SUMMER ROSE GOODMORNING, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.2

**Sentence Date:** October 18, 2022

**Review Hearing Date:** September 12, 2023

**Probation Expires On:** October 18, 2025

### _CONDITIONS OF UNSUPERVISED PROBATION:_

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2000 which Total Amount is made up of a Fine: $ 1,490 and $490 Special Assessment: $ 20 Processing Fee: $ Choose an item. Restitution: $ due by 10/18/2024

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Wet & Reckless class through DMV

### _COMPLIANCE:_

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
 ☐ If not paid in full when was last time payment: Date: Click here to enter a date.
    Amount: $
 ☒ Ms. Goodmorning has saved the money for the fine and is in the process of obtaining a ride to deposit the money and send a cashier's check

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒　　Compliance with Other Conditions of Probation: Ms. Goodmorning is enrolled in a 3 month DUI course through the DMV. There was confusion with the DMV as to what was ordered by the court and what would entitle her to obtain her license and it has now been sorted and her class begins 9/9/23.

### GOVERNMENT POSITION:

☒　　The Government agrees to the above-described compliance.

☐　　The Government disagrees with the following area(s) of compliance:

　　Government Attorney:　Sean Anderson

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒　　that the review hearing set for 9/12/2023 at 10 am

　　　☒　　be continued to 12/12/2023 at 10:00 a.m.; or

This will allow Ms. Goodmorning to complete the 90 day class she is enrolled in and will allow her payment to post to both CVB and the Clerk.

　　　☐　　be vacated.

☐　　that Defendant's period of deferred entry be terminated, and that the case be closed.

DATED:　8/31/2023　　　　　　　　　　　　/s/_Kara R. Ottervanger_
　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒　　GRANTED.　The Court orders that the Review Hearing set for 9/12/2023 at 10:00 a.m. be continued to 12/12/2023 at 10:00 a.m.

☐　　DENIED.

Dated:　　September 6, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE